*Russell & Helm, for appellants. Young & Boyle, for appellee.*

---

FRANCIS JEFFERSON *v.* DAVID WOOD.

**When Motion for New Trial Must Be Made.**

A motion for a new trial, except where based on newly discovered evidence, must be made at the term in which the verdict or decision is rendered, and within three days thereafter, unless unavoidably prevented.

APPEAL FROM ROBERTSON CIRCUIT COURT.

September 9, 1879.

OPINION BY JUDGE COFER:

A motion for a new trial except for newly discovered evidence, must be made at the term in which the verdict or decision is rendered; and within three days thereafter unless unavoidably prevented. Section 342, Bullitt's Code. The verdict in this case was rendered December 10, 1877, which was on Monday. The grounds for a new trial were not filed until December 13. The motion therefore came too late. *Long v. Hughes,* 1 Duv. 387; *White v. Crutcher,* 1 Bush 472.

The only error alleged which we can consider is that the petition does not contain facts sufficient to constitute a cause of action.

We perceive no valid objection to the petition, and none is pointed out. Wherefore the judgment is *affirmed.*

*Ross & Little, for appellant. E. C. Phiester, for appellee.*